AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

__WESTERN__   District of   __ARKANSAS__

| UNITED STATES OF AMERICA<br>V.<br><br>CRYSTAL NANETTE RAMOS | JUDGMENT IN A CRIMINAL CASE<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case Number:   6:10CR60028-001<br>USM Number:   78587-179<br><br>Travis J. Morrissey<br>Defendant's Attorney |
|---|---|

**THE DEFENDANT:**

X  plead guilty to violation of condition(s)  New Law Violations, Standard Drug Condition and Standard Conditions No(s). 1, 2, and 11 of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| New Law Violation | Arrested by Malvern, AR Police Department on 06/04/2010 and Charged With Possession of Drug Paraphernalia, Endangering the Welfare of a Minor, and Driving on a Suspended Driver's License | 06/04/2010 |
| New Law Violation | Arrested by Fordyce, AR Police Department on 07/28/2010, and Charged With Possession of a Controlled Substance, Possession with Intent to Manufacture a Controlled Substance, and Possession or Use of Drug Paraphernalia to Plant, Grow, Manufacture, etc. | 07/28/2010 |

The defendant is sentenced as provided in pages 2 through __4__ of this judgment. The sentence is imposed by referring to the U.S. Sentencing Guidelines as only advisory within the statutory range for offense(s).

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:   XXX-XX-0212

Defendant's Date of Birth:   XX/XX/1965

Defendant's Residence Address:

XXXXXXXXXXXXXXX

Malvern, AR 72104

Defendant's Mailing Address:

Same as above

September 28, 2010
Date of Imposition of Judgment

/S/ Robert T. Dawson
Signature of Judge

Honorable Robert T. Dawson, United States District Judge
Name and Title of Judge

September 28, 2010
Date

AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
           Sheet 1A

Judgment—Page __2__ of __4__

DEFENDANT:      CRYSTAL NANETTE RAMOS
CASE NUMBER:    6:10CR60028-001

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Standard Drug Condition | Admitted to Smoking Methamphetamine in Approximately January, 2010; and Injecting Methamphetamine in Approximately April, 2010 | 04/2010 |
| Standard Drug Condition | Tested Positive for Methamphetamine on 08/18 & 25/2010 | 08/25/2010 |
| Standard Condition #1 | Leaving Judicial District without Permission of the Court or U. S. Probation on 07/28/2010 | 07/28/2010 |
| Standard Condition #2 | Failure to Submit Truthful Written Report on 07/02/2010 | 07/02/2010 |
| Standard Condition #11 | Failure to Notify U.S. Probation Officer within Seventy-Two Hours of Arrest or Questioning by Law Enforcement Officer on 06/04/2010 | 06/04/2010 |

Judgment — Page  3  of  4

DEFENDANT:        CRYSTAL NANETTE RAMOS
CASE NUMBER:      6:10CR60028-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :  **eighteen (18) months.**  No supervision will follow term of imprisonment.

X  The court makes the following recommendations to the Bureau of Prisons:
   That defendant be afforded every opportunity to participate in drug treatment programs during period of incarceration.

☐  The defendant is remanded to the custody of the United States Marshal.

The defendant shall surrender to the United States Marshal for this district:

☐  at _____ ☐ a.m. ☐ p.m. on _____ .

   as notified by the United States Marshal.

X  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   X  before 2 p.m. on   Tuesday, November 9, 2010   .

   X  as notified by the United States Marshal.

   ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT:     CRYSTAL NANETTE RAMOS
CASE NUMBER:   6:10CR60028-001

# CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments set forth on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| TOTALS | $ - 0 - | $ - 0 - | $ - 0 - |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
|  |  |  |  |
| **TOTALS** | $ _____ | $ _____ |  |

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution or a fine more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

  ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.